THE STATE OF OHIO, APPELLEE, *v.* SAYLOR, APPELLANT.

[Cite as *State v. Saylor* (1999), 85 Ohio St.3d 1205.]

(Nos. 98–2066 and 98–2067—Submitted March 10, 1999—Decided March 31, 1999.)

*John F. Holcomb*, Butler County Prosecuting Attorney, *Daniel G. Eichel*, First Assistant Prosecuting Attorney, and *John M. Holcomb*, Assistant Prosecuting Attorney, for appellee.

*Richard E. Saylor, pro se.*

The cause is dismissed, *sua sponte*, as having been improvidently allowed in case No. 98–2066.

The certification of conflict is dismissed, *sua sponte*, as having been improvidently certified in case No. 98–2067.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

LUNDBERG STRATTON, J., dissents.

LUNDBERG STRATTON, **J., dissenting.** I would accept this case and require that the matter be briefed and set for oral argument.